Case 3:13-cr-05480-BAT   Document 13   Filed 11/25/13   Page 1 of 1



l Case (Short Form) Sheet 1 (USAO 01/28/2002; BJS 01/2006)

**13-CR-05480-JGM**

**ES DISTRICT COURT**
**...RICT OF WASHINGTON**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (Short Form) |
| JUAN J. ORDAZ | CASE NUMBER: CR13-5480 |
| (IN ABSENTIA) | Colin Fieman |
| | Defendant's Attorney |

■ **THE DEFENDANT** pleaded guilty to ~~count(s)~~ the single-count Superseding Information

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| R.C.W. 46.61.5249 | Negligent Driving, 1st Degree | 6/21/2013 | I |

☐ Count(s) _____  ☒ is  ☐ are  dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By: |
|---|---|---|---|---|
| $360 | $350 | $10.00 | N/A | 90 days |

Defendant's SSN: XXX-XX-9597
(Last 4 digits only)
Defendant's DOB: XX-XX-1985
Defendant's USM No.: n/a

Special Assistant United States Attorney

11/25/2013
Date of Imposition of Judgment

Signature of Judicial Officer

Defendant's Signature (IN ABSENTIA) / by C-Fieman

THE HONORABLE BRIAN A. TSUCHIDA
United States Magistrate Judge (Add Name of Judicial Officer)

11/25/2013
Date